**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 408 MAL 2020 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 2162 EDA |
| | : 2019 entered on June 29, 2020, |
| PATRICK J. KELLY, | : **affirming** the Order of the Carbon |
| | : County Court of Common Pleas at |
| Petitioner | : No. CP-13-CR-0000551-2013 |
| | entered on June 27, 2019 |

## ORDER

**PER CURIAM**                                                    DECIDED:  January 22, 2021

**AND NOW**, this 22nd day of January, 2021, the Petition for Allowance of Appeal is **GRANTED.**  We **VACATE** the decision of the Superior Court and **REMAND** for the Superior Court to apply *Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020).